(108 So. 262)

### C. H. PEPPER v. STATE.  (8 Div. 318.)

(Court of Appeals of Alabama.  April 6, 1926.)

Appeal from Circuit Court, Limestone County; O. Kyle, Judge.

Seining.

R. B. Patton, of Athens, for appellant.
Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

RICE, J.  Reversed and remanded on authority of Oscar Hagamaker v. State (8 Div. 317) 108 So. 262, ante, p. 345.
Reversed and remanded.